CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 19 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARK I. BEDFORD, | ) | Civil Action No. 7:12-cv-00411 |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HAROLD W. CLARKE, | ) | By:   Hon. Michael F. Urbanski |
|     Respondent. | ) |         United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus is **DISMISSED**; petitioner's motion for a hearing and motion to compel are **DENIED** as moot; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 15th day of February, 2012.

/s/ Michael F. Urbanski
United States District Judge